```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 19-05503-RNO
Viktor Dronov                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke         Page 1 of 1         Date Rcvd: Feb 13, 2020
                            Form ID: ntcnfhrg       Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db              +Viktor Dronov,    156 High Blue Avenue,     Hawley, PA 18428-9169
5286991         +Citibank,    701 E. 60th Street N.,    PO Box 6034,    Sioux Falls, SD 57117-6034
5286992         +Citicards CBNA,    5800 South Corporate Place,     Sioux Fall, SD 57108-5027
5286993         +Community Bank,    3152 NYS RTE 417,    Olean, NY 14760-1844
5300134         +Community Bank, N.A.,    P.O. Box 509,    Canton, NY 13617-0509
5286996          MidFirst Bank,    PO Box 26648,    Oklahoma City, OK 73126-0648
5286997          Midland Mortgage Co,    PO Box 268959,    Oklahoma City, OK 73126-8959
5286998         +PNC Bank,    POB 3180,    Pittsburgh, PA 15230-3180
5300482         +PNC Bank NA,    Bankruptcy Department,     PO BOX 94982,    Cleveland, OH 44101-4982
5287001         +Wayne County Bank,    PO Box 94435,    Albuquerque, NM 87199-4435
5287002         +Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 19:46:14
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5286994          E-mail/Text: cio.bncmail@irs.gov Feb 13 2020 19:36:13      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadlphia PA 19101-7346
5286995         +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 13 2020 19:36:34      KeyBank,
                  4910 Tiedman Rd,    Brooklyn, OH 44144-2338
5288696         +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 13 2020 19:36:34      KeyBank, N.A.,
                  4910 Tiedeman Road,    Brooklyn, OH 44144-2338
5286999          E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:46:51      SYNCB/AMAZON PLCC,
                  PO Box 965015,    Orlando, FL 32896-5015
5287000          E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:46:10      Synchrony Bank,
                  Attn: Bankruptcy Department,    PO Box 965060,    Orlando FL 32896-5060
5287479         +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:47:34      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Viktor  Dronov zac@fisherchristman.com,
               office@fisherchristman.com
              James  Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Viktor Dronov,
aka Viktor Ury Dronov,

**Debtor 1**

Chapter 13

Case No. 5:19−bk−05503−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 1, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 13, 2020 |

ntcnfhrg (03/18)