```
                                 United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                  Case No. 19-05503-RNO
Viktor Dronov                                                           Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5      User: AutoDocke            Page 1 of 1            Date Rcvd: Feb 13, 2020
                          Form ID: pdf002            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db            +Viktor Dronov,   156 High Blue Avenue,    Hawley, PA 18428-9169
5286991       +Citibank,    701 E. 60th Street N.,   PO Box 6034,    Sioux Falls, SD 57117-6034
5286992       +Citicards CBNA,    5800 South Corporate Place,   Sioux Fall, SD 57108-5027
5286993       +Community Bank,    3152 NYS RTE 417,    Olean, NY 14760-1844
5300134       +Community Bank, N.A.,    P.O. Box 509,   Canton, NY 13617-0509
5286996        MidFirst Bank,    PO Box 26648,   Oklahoma City, OK 73126-0648
5286997        Midland Mortgage Co,    PO Box 268959,   Oklahoma City, OK 73126-8959
5286998       +PNC Bank,    POB 3180,   Pittsburgh, PA 15230-3180
5300482       +PNC Bank NA,    Bankruptcy Department,   PO BOX 94982,    Cleveland, OH 44101-4982
5287001       +Wayne County Bank,    PO Box 94435,   Albuquerque, NM 87199-4435
5287002       +Wells Fargo Card Service,    PO Box 14517,   Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 19:58:28
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5286994        E-mail/Text: cio.bncmail@irs.gov Feb 13 2020 19:36:14      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadlphia PA 19101-7346
5286995       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 13 2020 19:36:34      KeyBank,
               4910 Tiedman Rd,    Brooklyn, OH 44144-2338
5288696       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 13 2020 19:36:34      KeyBank, N.A.,
               4910 Tiedeman Road,    Brooklyn, OH 44144-2338
5286999        E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:47:35      SYNCB/AMAZON PLCC,
               PO Box 965015,    Orlando, FL 32896-5015
5287000        E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:46:52      Synchrony Bank,
               Attn: Bankruptcy Department,    PO Box 965060,   Orlando FL 32896-5060
5287479       +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:46:13      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Viktor  Dronov zac@fisherchristman.com,
               office@fisherchristman.com
              James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| IN RE: | CHAPTER 13 |
|---|---|
| **VIKTOR DRONOV,** aka Viktor Ury Dronov, | CASE NO. **5:19-bk-** |
| Debtors | _X_ ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)<br>___ Number of Motions to Avoid Liens<br>___ Number of Motions to Value Collateral |

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☒ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid **$ 0** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$ 44,035**, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 01/2020 | 09/2020 | $ 250 | N/A | $ 250 | $ 2,250 |
| 10/2020 | 11/2023 | $ 695 | N/A | $ 695 | $ 26,410 |
| 12/2023 | 02/2024 | $ 975 | N/A | $ 975 | $ 2,925 |
| 03/2024 | 12/2024 | $ 1,245 | N/A | $ 1,245 | $ 12,450 |
|  |  |  |  | Total Payments: | $ 44,035 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ( ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

   ( X ) Debtor is over median income. Debtor estimates that a minimum of **$ 0** must be paid to allowed unsecured creditors in order to comply with the Means Test.

**B. Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is **$ 14,621**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

 X   No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

**2. SECURED CLAIMS.**

**A. Pre-Confirmation Distributions.** *Check one.*

 X   None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

2

Case 5:19-bk-05503-RNO    Doc 21    Filed 02/15/20    Entered 02/16/20 00:39:19    Desc Imaged Certificate of Notice    Page 3 of 7

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

___ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

_X_ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **Midfirst Bank/Mortgage** | **Debtor's Residence at 156 High Blue Ave, Hawley, Pike County, PA** | **9589** |
| **Community Bank** | **2017 Toyota Corolla** | **9087** |
| **Wayne County Bank** | **2018 Ford Fiesta** | **4855** |

C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

D. **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

_X_ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

_X_ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees</u>. Complete only one of the following options:

      a. In addition to the retainer of **$ 1,000** already paid by the Debtor, the amount of **$ 3,000** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other</u>.   Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

      __X__   None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including certain Domestic Support Obligations)**.

   Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

   | Name of Creditor | Estimated Total Payment |
   |---|---|
   | US Internal Revenue Service | $ 4,945.58 |

   C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

      __X__   None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

      __X__   None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   <u> X </u>   None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   <u>　　</u> plan confirmation.
   <u>　　</u> entry of discharge.
   <u> X </u> closing of case:

7.   **DISCHARGE: (Check one)**

   (X)   The debtor will seek a discharge pursuant to § 1328(a).
   ( )   The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

5

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| Level 1 | Adequate protection payments | **$ -0-** | |
| Level 2 | Debtor's attorney's fees. | **$ 3,000** | |
| Level 3 | Domestic Support Obligations | **$ -0-** | |
| Level 4 | Priority claims, pro rata | **$ 4,945.68** | |
| Level 5 | Secured claims, pro rata | **$ -0-** | |
| Level 6 | Specially classified unsecured claims | **$ -0-** | |
| Level 7 | General unsecured claims | **$ 32,566.32** | |
| Level 8 | Untimely filed unsecured claims to which the debtor(s) has/have not objected. | **$ -0-** | |
| | Subtotal | | **$ 40,512** |
| | Trustee Commission (Estimated at 8%) | **$ 3,523** | |
| | Total | | **$ 44,035** |

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

**9.      NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

A.   This Plan contains 1) a chart in Section 8, above, that contains estimated distributions to each class of creditors, in addition to all other items required by the Model Plan; and 2) no signature line for joint debtor, as there is no joint debtor.

Dated:  December 26, 2019                             /s/ J. Zac Christman
                                                      J. Zac Christman, Esquire, Attorney for Debtor


                                                       /s/ Viktor Dronov
                                                      **VIKTOR DRONOV,** Debtor


By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

6

Case 5:19-bk-05503-RNO    Doc 21    Filed 02/15/20    Entered 02/16/20 00:39:19    Desc
Imaged Certificate of Notice    Page 7 of 7