# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Viktor Dronov

                Case No.: 5-19-05503 MJC

                Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Midfirst |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 9589 |
| Property Address if applicable: | 156 High Blue Ave |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearages: | | $48.84 |
| b. | Prepetition arrearages paid by the trustee: | | $48.84 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | | $0.00 |
| e. | Allowed postpetition arrearage: | | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | | $0.00 |
| g. | Total b, d, and f: | | $48.84 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 31, 2025

                                        Respectfully submitted,

                                        /s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Viktor Dronov

Case No.: 5-19-05503 MJC

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 31, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
J Zac Christman, Esquire
Fisher Christman
556 Main St, Suite 12
Stroudsburg PA 18360

**Served by First Class Mail**
Midfirst Bank
999 NW Grand Blvd Suite 100
Oklahoma City OK 73118

Viktor Dronov
156 High Blue Ave
Hawley PA 18428

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 31, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-05503    VIKTOR DRONOV

**MIDFIRST BANK**
999 NORTHWEST GRAND BLVI
SUITE 100
OKLAHOMA CITY, OK  73

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 156 High Blue Ave - PRE-ARRI

ARREARS - 156 HIGH BLUE AVE

| | | Debt: | $48.84 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $74,629.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $48.84 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 07/14/2021 | 2002598 | $48.84 | $0.00 | $48.84 | 07/30/2021 |
| | | | | Sub-totals: | $48.84 | $0.00 | $48.84 | |
| | | | | Grand Total: | $48.84 | $0.00 | | |

Case 5:19-bk-05503-MJC   Doc 33   Filed 01/31/25   Entered 01/31/25 08:36:31   Desc   1
Page 4 of 4